JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00815-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CLOSE CASE** |
| DAVIE KYLE BRANSTETTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Sean P. Sullivan, Esq., counsel for defendant Davie Kyle Branstetter, that this case be closed.

This Stipulation is entered into for the following reasons:

1. On March 23, 2022, defendant Davie Kyle Branstetter entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1). ECF No. 7.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight [hour] online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six months; and (v) not violate any local, state, or federal laws. ECF No. 7 at 2.

3. The parties further agreed that if defendant successfully completed special conditions (i), (ii), (iii), and (iv) within six months of his unsupervised probation, the parties would allow defendant to withdraw his guilty plea to Count One; the United States would move to amend Count One to a charge of Reckless Driving in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653; defendant would plead guilty to amended Count One; and the parties would jointly agree that the original sentence be applied to amended Count One. *Id.*

4. On March 23, 2022, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 6.

5. Since commencing his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv). *See* Ex. A.

6. Accordingly, the United States moves to amend Count One of the Complaint to a charge of Reckless Driving in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653 ("Amended Count One").

/ / /

/ / /

/ / /

/ / /

7. Defendant hereby pleads guilty to Amended Count One of the Complaint.

8. The parties jointly request that the original sentence be applied to Amended Count One and for the case to be closed.

DATED this 12th day of October, 2022.

Respectfully submitted,

JASON M. FRIERSON
Acting United States Attorney

*/s/ Sean P. Sullivan*
SEAN P. SULLIVAN
Counsel for Defendant BRANSTETTER

*/s/ Mina Chang*
MINA CHANG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVIE KYLE BRANSTETTER,

    Defendant.

Case No. 2:21-mj-00815-DJA

**ORDER**

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Davie Kyle Branstetter has successfully completed the conditions of his sentencing.

**ORDER**

    IT IS HEREBY ORDERED that Count One is amended to Reckless Driving in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653; and

    IT IS FURTHER ORDERED that this case be closed.

DATED this 13th day of October, 2022.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A




# DUI SOCIETY

## State of Nevada

### CERTIFICATE OF COMPLETION

**Davie K Branstetter**

has successfully completed

**NEVADA DUI (LEVEL 1) 8-HOUR ONLINE COURSE**

Nevada DMV Approved DUI School: #01 DUI Society

DMV License #DUI00050042

**Completed: January 16, 2022**
**Student Date of Birth: 06/20/1957**



School Director



SCAN ME

DUISociety.com • Call/Text: (702) 848-3944 • 3160 S. Valley View Blvd, Ste 108, Las Vegas, NV 89102
To verify school certificate, email Verify@DUISociety.com.

User ID: 703385
Class ID: 99885ab0-1bd1-4bdc-8d4b-d354a7cda6bb
DMV License: TSS00002454T

# Certificate of Completion

**LRS Systems, Ltd.**
1900 East Sahara Ave.
Las Vegas, NV 89104

## Victim Impact Panel Online

This is to certify that

### Dave Branstetter

has completed a Victim Impact Panel Online session and has met the requirements for successful completion of this program.

*Completed on 04-07-2022 04:47:23 AM*

Court: United States District Cour

Case No.: 2-21-mj-815-DJA

Frank Karr
LRS Systems, Ltd.

Return to Court Date: 2022-03-23

703385 99885ab0-1bd1-4bdc-8d4b-d354a7cda6bb 04-07-2022                04:47:23 AM

It is your responsibility to contact the court and provide or verify completion of this course. This certificate can be used in most cases to verify completion and should be kept with your records.

Signature: [signature] Dave Branstetter

Date: April 17, 2022

**BOULDER CITY MUNICIPAL COURT**
501 AVENUE G    BOULDER CITY, NV 89005
PHONE: (702) 293-9278 / FAX: (702) 293-9345
MONDAY through THURSDAY 7AM to 5:30 PM
Visit our web page at: www.bcnv.org

This is to introduce _Dave Brownstetter_ who is a participant of the Boulder City Municipal Court programs. Please verify full meeting attendance at AA and/or NA. Thank you.

| # | DATE | TIME | CHAPTER | SECRETARY'S INITIALS | PHONE # |
|---|------|------|---------|----------------------|---------|
| 1 | 4/8/21 | 6:30p | L&F | Ryan M | 702-930-4960 |
| 2 | 4/9/21 | 5pm | L&F | Ryan M | 702-930-4960 |
| 3 | 4/14/21 | 5pm | L&F | Ebony | 702-208-4782 |
| 4 | 4/15/21 | 6:30 | Lost & Found Men's Mtg | Mark St. A. | 702-480-8990 |
| 5 | 4/22/21 | 6:30 | L&F Men's Mtg. | Mark St. A. | 702-480-8990 |
| 6 | 4/29/21 | 6:30 | L&F Men's Mtg | Mark | 702-480-8990 |
| 7 | 5/6/21 | 6:30 | L&F Men's Mtg | Mark | 702-480-8990 |
| 8 | 5/13/21 | 6:30 | L&F Men's Mtg | Mark | 702-480-8990 |
| 9 | 5/20/21 | 6:30 | L&F Men's Mtg | Mark | 702-480-8990 |
| 10 | 5/27/21 | 6:30 | L&F Men's Mtg | " | " " |
| 11 | 6/3/21 | 6:30 | L&F Men's Mtg | " | " " |
| 12 | 6/10/21 | 6:30 | L&F Men's Mtg | " | " " |
| 13 | 6/17/21 | 6:30 | L&F Men's Mtg | " | " " |
| 14 | 7/1/21 | 6:30 | L&F Men's Mtg | " | " " |
| 15 | 7/9/21 | 6:30 | L&F Men's Mtg | " | " " |
| 16 | 7/15/21 | 6:30 | L&F Men's Mtg | M.A. | " " |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

**PLEASE BRING THIS FORM BACK TO COURT ON YOUR ASSIGNED RETURN COURT DATE**

AA Las Vegas
Address: 1431 E. Charleston Blvd, Stuite 15    Las Vegas, NV 89108-1734
Phone: (702) 598-1888 (24 hours)    Email: lvcentraloffice@aol.com